IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01264-MSK-CBS

STEVEN M. GRANTHAM,

    Plaintiff,

v.

COLORADO SPRINGS UTILITIES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint (*doc. no. 19)* is **DENIED**, without prejudice. Counsel for Defendant entered an appearance on September 12, 2007 through the filing of a Motion to Dismiss and/or for a More Definite Statement (*see doc. no. 18)*. Plaintiff is instructed to confer with Defendant's counsel and re-file the motion as appropriate.

**DATED:**    September 13, 2007