IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 07-cv-01264-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 29, 2007 | Courtroom Deputy: Ben Van Dyke |

STEVEN M. GRANTHAM,                         Lisa Welch Stevens

    **Plaintiff,**

v.

COLORADO SPRINGS UTILITIES,            Emily K. Wilson

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** **11:34 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff's Motion to Amend Complaint [filed November 26, 2007; doc. 27] is granted. The Amended Verified Complaint and Jury Demand filed as an attachment to the motion (doc. 27-2) is deemed filed as of today's date.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off: **May 30, 2008.**

Dispositive Motions deadline: **June 30, 2008.**

Parties shall designate affirmative experts **on or before March 31, 2008.**

Parties shall designate rebuttal experts **on or before April 30, 2008.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than April 28, 2008**.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE** is set for **March 21, 2008 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before March 18, 2008** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**TRIAL:**
The parties anticipate a **eight (8)** day Trial to a Jury.

!	Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:	11:55 a.m.**
Total time in court:	00:21