# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01264-MSK-KMT | FTR |
| Date: July 08, 2008 | Debra Brown, Deputy Clerk |
| STEVEN M. GRANTHAM | Pro se |
| Plaintiff. | |
| v. | |
| CITY OF COLORADO SPRINGS | Emily Kathleen Wilson |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

### STATUS CONFERENCE

**Court in Session: 10:24 a.m.**

Court calls case. The Court notes that there is no appearance by Steven M. Grantham, *pro se.* Appearance of counsel.

Discussion by the Court and Counsel regarding any recent communication with plaintiff and whether or not he has obtained new Counsel.

**ORDERED:** The Court will issue an Order directing Plaintiff show cause, in writing, on or before **July 28, 2008**, why his claims should not be dismissed for failure to appear and failure to prosecute.

Discussion by the Court and Counsel regarding [18] MOTION to Dismiss and/or for a More Definite Statement by Defendant.

Counsel states that the motion was previously withdrawn when the Amended Complaint was filed.

**ORDERED:** [18] MOTION to Dismiss and/or for a More Definite Statement by Defendant is **DENIED AS MOOT**.

Discussion by the Court and Counsel regarding [53] MOTION to Amend/Correct/Modify [32] Scheduling Order by Defendant.

The Court advises Counsel a hearing on the pending motion will be set after Plaintiff responds to the Court's Order to Show Cause.

**Court in recess: 10:27 a.m**
Total In-Court Time 0:03 hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.