IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01264-MSK-KMT

STEVEN M. GRANTHAM,

    Plaintiff,
v.

COLORADO SPRINGS UTILITIES,

    Defendant.
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE**
_____

    This civil action comes before the court on Plaintiff Steven M. Grantham's failure to appear at the July 9, 2008 Status Conference and the Court's Order to Show Cause. [Doc. No. 62, filed July 11, 2008].

    On July 25, 2008, the plaintiff filed an answer to the Order to Show Cause. [Doc. No. 63]. Plaintiff stated that he did not receive notice of the Status Conference and further, that he has not been able to retain an attorney to represent him in this matter although he is attempting to do so.

    Based on good cause shown, therefore, the Order to Show Cause is hereby DISCHARGED.

**IT IS FURTHER ORDERED**:

1. A Status Conference will be held on **August 12, 2008 at 10:00 a.m.** to discuss the status of discovery and the setting of a settlement conference if appropriate.

DATED at Denver, Colorado, this 31st day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge